Opinion issued May 6, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00796-CR

———————————

PERLA VARGAS, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 174th District Court 

Harris County, Texas



Trial Court Case No. 1134712

 



 

  MEMORANDUM OPINION

          On April
28, 2010, appellant filed a motion to dismiss the above-referenced appeal.  The motion complies with the Texas Rules of
Appellate Procedure.  See Tex. R. App. P. 42.2(a).

          We
have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed.


          The
Clerk of this Court is directed to issue the mandate within 10 days.  Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Higley.

Do
not publish.   Tex. R. App. P. 47.2(b).